UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.

       Civil Case No. 2:20-cr-20162
       Honorable Linda V. Parker

D-4 Kindy Ghussin,

       Defendant.
_____/

## OPINION AND ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITONS OF PRE-TRIAL RELEASE

    This matter comes before the Court on Defendant's Motion to Modify Conditions of Pre-Trial Release (ECF 122) and the Government's Response in Opposition to Defendant's Motion to Modify Conditions of Pre-Trial Release (ECF 30).

    The Court held a hearing on the referenced motions on September 8, 2021. Defendant Kindy Ghussin asks the Court to amend the conditions of his pretrial release to permit him to travel to Israel to visit his 91-year-old mother for a two-week period.

The Court has carefully reviewed the filed motions and listened to oral argument. For the reasons detailed on the record, the Court concludes that Defendant poses no flight risk given that he has been compliant with the conditions of pretrial release, has no criminal history and has strong family ties in this country. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Modify Conditions of Pre-Trial Release is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall be allowed to travel to Israel for a two-week period.

**IT IS FURTHER ORDERED** that Defendant must provide a complete travel itinerary to his Pre-Trial Services Officer prior to traveling. This itinerary must include the dates of travel, flight information and the location where Defendant will be staying.

**IT IS FURTHER ORDERED** that before Defendant travels to Israel, he submit himself to the United States Marshal Service so that he may be processed.

**IT IS FURTHER ORDERED** that while in Israel, Defendant shall telephone his Pre-Trial Services Officer daily.

**IT IS FINALLY ORDERED** that Defendant's passport may be released and that immediately upon his return, the passport must be surrendered back to Pre-Trial Services.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 15, 2021